No. 04–6714. PERRY v. PRINCIPI, SECRETARY OF VETERANS AFFAIRS. C. A. Fed. Cir. Certiorari denied.

No. 04–6719. GRANT v. RIVERS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 04–6722. GREEN v. GREENE, SUPERINTENDENT, GREAT MEADOW CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 04–6725. PURANDA v. JOHNSON, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 04–6730. ENGLAND v. CALIFORNIA. Ct. App. Cal., 6th App. Dist. Certiorari denied.

No. 04–6735. REED v. GARCIA, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–6739. GUTIERREZ v. DORSEY, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 04–6742. STRODER v. ADAMS, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–6757. ROBERTS v. CALIFORNIA. Ct. App. Cal., 6th App. Dist. Certiorari denied.

No. 04–6781. MACK v. FLORIDA. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 04–6784. SEVIER v. BROWN, ACTING WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 04–6788. MAVITY v. VENEMAN, SECRETARY OF AGRICULTURE. C. A. D. C. Cir. Certiorari denied.

No. 04–6791. CUONG VAN NGUYEN v. KNOWLES, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–6803. GARCIA v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.